UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NAMEL NORRIS,

                Plaintiff,

– against –

69 BAMBOO SUSHI INC., *a New York corporation, d/b/a* BAMBOO SUSHI, and 1278-1284 FIRST AVENUE REALTY LLC, *a New York limited liability company*,

                Defendants.

**ORDER**

18 Civ. 6938 (ER)

RAMOS, D.J.:

    Plaintiff filed the instant suit on August 1, 2018. Doc. 1. On March 30, 2020, the Court denied Plaintiff's request to stay the matter. Doc. 19. Since then, there has been no activity in this case. Accordingly, the parties are directed to submit a status report by April 29, 2021. Failure to comply could result in the Court dismissing the case under Federal Rule of Civil Procedure 41.

    SO ORDERED.

Dated:    April 15, 2021
           New York, New York

                                                      EDGARDO RAMOS, U.S.D.J.